IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MIRAGE IP LLC** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **ST. JUDE MEDICAL, INC.** § <br> § <br> Defendants. § | | **CIVIL ACTION NO.** <br> **2:17-cv-00383-JRG-RSP** <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of the Motion for Voluntary Dismissal without Prejudice of all claims asserted by Plaintiff Mirage IP LLC ("Mirage" or Plaintiff), against Defendant St. Jude Medical, Inc., (hereinafter "Defendant"), the Motion for Voluntary Dismissal without Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant, are hereby dismissed without prejudice.

**SIGNED this 26th day of June, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE